memorandum offered by opposing counsel, it is hereby ordered and adjudged:

(1) that the motion for the stay is denied;

(2) that the petition is assigned to the October 1975 calendar; and

(3) that counsel are directed to brief and argue this question — assuming the Commission erred, can this court direct the filing of a new rate schedule which will permit the company to recover the funds it would have received if the Commission's original order had enabled the company to earn a fair and reasonable rate of return on the investment the company employs in providing intrastate telephone service.

Roberts, C. J., did not participate. *Tillinghast, Collins & Graham, Andrew A. DiPrete, Peter J. McGinn,* for petitioner. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for respondents. *Dennis J. Roberts, II,* for Consumers' Council.

APPEAL No. 75-33. LEROY W. ARMSTRONG *v.* VIRGINIA D. ARMSTRONG. Motion to strike certain appendices from appellant's appendix is denied. *James P. Flynn,* for plaintiff. *Milton Stanzler,* for defendant.

APPEAL No. 75-88. RHODE ISLAND HOSPITAL TRUST NATIONAL BANK *v.* NATIONAL HEALTH FOUNDATION. Motion of plaintiff to dismiss the appeal is granted unless the defendant files its brief by August 7, 1975. *Winograd, Shine & Zacks, David A. Schechter,* for plaintiff. *Norman L. Grant,* for defendant.

APPEAL No. 75-99. LEROY W. ARMSTRONG *v.* VIRGINIA D. ARMSTRONG. Motion for consideration on briefs, without oral argument, and for consideration together with the case of *Armstrong* v. *Armstrong,* No. 75-33-Appeal, is denied. The motion for affirmance of the order of the court below, pursuant to